NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SOFT GEL TECHNOLOGIES, INC.,**
*Appellant*

v.

**JARROW FORMULAS, INC.,**
*Appellee*

_____

2016-1814

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,396.

-------------------------------------------------------------------------------

**SOFT GEL TECHNOLOGIES, INC.,**
*Appellant*

v.

**JARROW FORMULAS, INC.,**
*Appellee*

_____

2016-1815

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,405.

---

**SOFT GEL TECHNOLOGIES, INC.,**
*Appellant*

v.

**JARROW FORMULAS, INC.,**
*Appellee*

---

2017-1051

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,411.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motions to assign the above-captioned appeals to the same merits panel for oral argument,

IT IS ORDERED THAT:

The motions are granted. 2016-1814, 2016-1815, and 2017-1051 shall be considered companion cases and shall be assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26